UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAMDY ABOU-HUSSEIN<br>    Plaintiff | |
| v. | CIVIL ACTION NO: 04-12723-WGY |
| AMERICAN AIRLINES, AMERICAN EAGLE AIRLINES, EDDY HOSTE, and TROOPER AGCAOILI<br>    Defendant | Hon. William G. Young |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(D), the plaintiff and defendants have conferred and submit the following joint statement and proposed pretrial schedule in anticipation of the Scheduling Conference scheduled for March 7, 2005.

I.    BACKGROUND

This is an action for damages in which the plaintiff, Hamdy Abou-Hussein, alleges that the defendants violated his civil rights by denying him equal treatment on the basis of his race and national origin. The incident giving rise to this action took place at Logan Airport in Boston, Massachusetts, approximately six weeks after September 11, 2001. The plaintiff was scheduled to fly from Boston to Washington D.C., and he alleges that he was prevented from doing so as a result of the discriminatory conduct of the defendants.

II.    PROPOSED PRETRIAL SCHEDULE AND DISCOVERY PLAN

Initial Disclosures:

    March 4, 2005.

Fact Discovery:

    All depositions and written discovery to be completed by October 1, 2005

Expert Disclosures:

    Plaintiff's disclosure pursuant to Rule 26(a)(2)(B) by November 1, 2005.
    Defendants' disclosure pursuant to Rule 26(a)(2)(B) by December 1, 2005.

Summary Judgment Motions:

    Motions for Summary Judgment (if any) by January 1, 2006.

### III. MAGISTRATE

The parties are unwilling, at this time, to consent to trial by a Magistrate Judge.

### IV. SETTLEMENT PROPOSAL

The plaintiff has made a settlement proposal to the defendant. Before the scheduling conference, the defendants will have conferred with their clients on the subject of settlement and will be prepared to respond to the proposal at the scheduling conference.

### V. CERTIFICATION OF CONSULTATION

The parties will separately file the Certifications required by Local Rule 16.1(D)(3).

    HAMDY ABOU-HUSSEIN,
    By his attorneys,

    /s/ Suleyken D. Walker
    Jean A. Musiker, BBO # 365410
    Suleyken D. Walker, BBO # 654933
    Sugarman, Rogers, Barshak & Cohen, P.C.
    101 Merrimac Street, 9th Floor
    Boston, MA 02114
    (617) 227-3030

    John Reinstein, BBO # 416120
    American Civil Liberties Union of Massachusetts
    99 Chauncy Street, Suite 310
    Boston, MA 02111
    (617) 482-3170

AMERICAN AIRLINES, INC., AMERICAN EAGLE
AIRLINES, and EDDY HOSTE,
By their Attorney,


/s/ Michael A. Fitzhugh_____
Michael A. Fitzhugh, BBO #169700
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Suite 1700
Boston, MA 02110-1727
(617) 695-2330


DUVAL AGCAOILI,
By his attorney,


/s/ Joseph P. Kittredge _____
Joseph P. Kittredge, BBO # 548841
Timothy M. Burke Law Offices
160 Gould Street
Needham, MA 02494
(781) 455-0707


DATED:   February 28, 2005

## CERTIFICATE OF SERVICE

    I, Suleyken D. Walker, hereby certify that on the above date I served the within document by mailing a copy of same, postage prepaid, to the following counsel of record:

    Michael A. Fitzhugh, Esquire
    Fitzhugh, Parker & Alvaro LLP
    155 Federal Street
    Suite 1700
    Boston, MA 02110-1727

    Joseph P. Kittredge, Esquire
    Timothy M. Burke Law Offices
    160 Gould Street
    Needham, MA 02494

    John Reinstein, Esquire
    American Civil Liberties Union of
    Massachusetts
    99 Chauncy Street, Suite 310
    Boston, MA 02111

/s/ Suleyken D. Walker
Suleyken D. Walker

SDW/gv

358519