UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAMDY ABOU-HUSSEIN<br>    Plaintiff<br><br>v.<br><br>AMERICAN AIRLINES, AMERICAN EAGLE AIRLINES, EDDY HOSTE, and TROOPER AGCAOILI<br>    Defendant | CIVIL ACTION NO: 12723-WGY<br><br>Hon. William G. Young |

## LOCAL RULE 16.1 CERTIFICATION

I hereby certify that the Plaintiff, Hamdy Abou-Hussein, and the Plaintiff's Counsel, Jean A. Musiker and Suleyken D. Walker, conferred on or before March 7, 2005:

(A) With a view to establishing a budget for the costs of conducting the full course- and various alternative courses – of the litigation; and

(B) To consider the resolution of the litigation through the use of alternative dispute resolution programs.

/s/ Suleyken D. Walker
Suleyken D. Walker, BBO # 654933
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

/s/ Hamdy Abou-Hussein
Hamdy Abou-Hussein

DATED: February 28, 2005

CERTIFICATE OF SERVICE

    I, Suleyken D. Walker, hereby certify that on the above date I served the within document by mailing a copy of same, postage prepaid, to the following counsel of record:

    Michael A. Fitzhugh, Esquire
    Fitzhugh, Parker & Alvaro LLP
    155 Federal Street
    Suite 1700
    Boston, MA 02110-1727

    Joseph P. Kittredge, Esquire
    Timothy M. Burke Law Offices
    160 Gould Street
    Needham, MA 02494

    John Reinstein, Esquire
    American Civil Liberties Union of
    Massachusetts
    99 Chauncy Street, Suite 310
    Boston, MA 02111

    /s/ Suleyken D. Walker
    Suleyken D. Walker

359991