UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
HAMDY ABOU-HUSSEIN,                 )
      Plaintiff,                    )
                                    )
v.                                  )
                                    )
AMERICAN AIRLINES,                  )    DOCKET NO. 04-12723-WGY
AMERICAN EAGLE AIRLINES,            )
EDDY HOSTE, and,                    )
TROOPER AGCIOLI                     )
      Defendants.                   )
_____)

## CORPORATE DISCLOSURE STATEMENT OF
## AMERICAN AIRLINES, INC. AND AMERICAN EAGLE AIRLINES, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 7.3 of the United States District Court for the District of Massachusetts, American Airlines, Inc. and American Eagle Airlines, Inc. submit the following as their Corporation Disclosure Statement:

1.   The filing parties, both nongovernmental corporations, identify the following parent company, which is a publicly held corporation, that controls the filing parties, directly or through others, or which own 10% or more of each party's stock: AMR Corporation.

2.   The filing parties identify the following publicly held corporations with which a merger agreement with the parties exists: None.

3.   AMR Corporation is the parent company of American Airlines, Inc. and American Eagle Airlines, Inc.

                              **AMERICAN AIRLINES, INC.**
                              **AMERICAN EAGLE AIRLINES, INC.**
                              **And EDDY HOSTE**
                              By Their Attorney,

                              */s/ Michael A. Fitzhugh*
                              Michael A. Fitzhugh
                              BBO # 169700
                              **FITZHUGH, PARKER & ALVARO LLP**
                              155 Federal Street, Suite 1700
                              Boston, MA 02110-1727
                              (617) 695-2330

**CERTIFICATE OF SERVICE**

  I hereby certify that I caused a copy of the forgoing to be served upon opposing counsel of record set forth below, by first class mail postage prepaid, this 28th day of February 2005.


              */s/ Angelina Velazquez*
              Angelina Velazquez