UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HAMDY ABOU-HUSSEIN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN AIRLINES, | ) | DOCKET NO. 04-12723-WGY |
| AMERICAN EAGLE AIRLINES, | ) | |
| EDDY HOSTE, and, | ) | |
| TROOPER AGCIOLI | ) | |
| Defendants. | ) | |

## DEFENDANTS' CERTIFICATION OF CONFERENCE
## PURSUANT TO LOCAL RULE 16.1 (d)(3)

Defendants, American Airlines, Inc., American Eagle Airlines, Inc, Eddy Hoste and their counsel, Fitzhugh, Parker & Alvaro, LLP hereby certify that they have conferred regarding establishing a budget for the defense of this matter, and regarding the use of alternative dispute resolution in accordance with Local Rule 16.1 (d)(3) of the United States District Court for the District of Massachusetts.

**AMERICAN AIRLINES, INC., and**           **FITZHUGH, PARKER & ALVARO, LLP**
**AMERICAN EAGLE AIRLINES, INC.**

*/s/ Alec Bramlett, Esq.*                          */s/ Michael A. Fitzhugh*
Alec Bramlett, Esq.                                Michael A. Fitzhugh, Esq.
Attorney                                           BBO # 169700
AMR Corporation                                    Fitzhugh, Parker & Alvaro, LLP
4333 Amon Carter Boulevard                         155 Federal Street, Suite 1700
Fort Worth, TX  76155                              Boston, MA 02110-1727
(817) 931-4358                                     (617) 695-2330

Dated: February 28, 2005.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above document on all parties of record by first class mail, postage prepaid.

Date:   February 28, 2005

                                        */s/ Angelina Velazquez*
                                        Angelina Velazquez