UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAMDY ABOU-HUSSEIN,<br>    Plaintiff<br><br>V.<br><br>AMERICAN AIRLINES,<br>AMERICAN EAGLE AIRLINES,<br>EDDY HOSTE, and<br>TROOPER AGCIOLI,<br>    Defendants | )<br>)<br>) Civil Action No. 04-12723-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT DUVAL AGCAOILI'S CERTIFICATION
TO LOCAL RULE 16.1(d)(3)

We hereby certify that we have conferred with a view toward establishing a budget for the costs of conducting the full course and alternative courses of litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/S/ Duval Agcaoili
Duval Agcaoili
Defendant

/S/ Joseph P. Kittredge, Esquire
Joseph P. Kittredge, Esquire
BBO# 548841
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

Date:   1/27/05