UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAMDY ABOU-HUSSEIN,<br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES,<br>AMERICAN EAGLE AIRLINES,<br>EDDY HOSTE, and,<br>TROOPER AGCIOLI<br>    Defendants. | DOCKET NO. 04-12723-WGY |

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendants, American Airlines, Inc., American Eagle Airlines, Inc. and Eddy Hoste ("defendants"), with the consent of plaintiff's counsel the above captioned litigation (Hamdy Abou-Hussein and Trooper Duval Agcaoili), hereby request that the Court enter an Order extending time until April 28, 2005, for the defendants to respond to the plaintiff's amended complaint.

1. On or about March 3, 2005, plaintiff Hamdy Abou-Hussein filed his amended complaint in this Court against the defendants, seeking damages for economic losses, humiliation, embarrassment, emotional distress, and a deprivation of his right to enter and enforce a contract and to travel as a passenger in air transportation regardless of his race, color, ethnicity, alienage, ancestry, or national origin.

2. Counsel for the Defendants requests this continuance based on the imminence of trial in two matters for which he will be serving as counsel, Pelletier *v. Main Street Textiles, et al.,*

*U.S.D.C. Civil Action No. 03-10130 NMG* and *First Act, Inc. v. Brook Mays Music Company, U.S.D.C. Civil Action No. 03-12020-EFH.*

3. Plaintiff's counsel has assented to an extension of time up to and including April 28, 2005 to file an answer or otherwise respond to plaintiff's amended complaint.

4. This requested extension of time will not prejudice any party nor will it conflict with any deadline or hearing scheduled by this Court.

5. Inasmuch as the relief sought by the defendants herein is within the sound discretion of the court, no supporting memorandum of law is necessary.

WHEREFORE, defendants American Airlines, Inc., American Eagle Airlines, Inc. and Eddy Hoste respectfully request that the Court:

I. Grant the defendants an extension of time up to and including April 28, 2005, in which to file an answer or other responsive pleading; and

II. Grant the defendants such further relief as the Court finds just and proper.

| | |
|---|---|
| **HAMDY ABOU-HUSSEIN,**<br>By His Attorney, | **AMERICAN AIRLINES, INC., AMERICAN EAGLE AIRLINES, INC., AND EDDY HOSTE,**<br>By Their Attorney, |
| /s/ *Suleyken D. Walker*<br>Suleyken D. Walker, BBO # 654933<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA 02114<br>(617) 227-3030 | /s/ *Michael A. Fitzhugh*<br>Michael A. Fitzhugh, Esq., BBO # 169700<br>Fitzhugh, Parker & Alvaro LLP<br>155 Federal Street, Suite 1700<br>Boston, MA 02110<br>(617) 695-2330 |

Date: April 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I filed the above document using the Court's Case Management/Electronic Case Filing system and have served the above document upon all counsel of record pursuant to the *Administrative Procedures Governing the Filing and Service by Electronic Means* on April 15, 2005.

/s/ Angelina Velazquez
**Angelina Velazquez**