UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAMDY ABOU-HUSSEIN<br>    Plaintiff<br><br>v.<br><br>AMERICAN AIRLINES, AMERICAN EAGLE AIRLINES, EDDY HOSTE, AND TROOPER AGCAOILI<br>    Defendants | Civil Action No. 12723 |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the plaintiff, Hamdy Abou-Hussein, in the above-referenced matter.

HAMDY ABOU-HUSSEIN,
By his attorneys,

*/s/ Suleyken D. Walker*
_____
Suleyken D. Walker, BBO No. 654933
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

DATED:     May 3, 2005

## CERTIFICATE OF SERVICE

      I, Suleyken D. Walker, hereby certify that on the above date I served the within document by mailing a copy of same, postage prepaid, to the following counsel of record:

    Michael A. Fitzhugh, Esquire
    Fitzhugh, Parker & Alvaro LLP
    155 Federal Street
    Suite 1700
    Boston, MA 02110-1727

    Joseph P. Kittredge, Esquire
    Timothy M. Burke Law Offices
    160 Gould Street
    Needham, MA 02494

    John Reinstein, Esquire
    American Civil Liberties Union of
    Massachusetts
    99 Chauncy Street, Suite 310
    Boston, MA 02111

                                */s/ Suleyken D. Walker*
                                _____
                                Suleyken D. Walker

SDW/gv

362654