UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HAMDY ABOU-HUSSEIN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-12723-WGY |
| | ) | |
| AMERICAN AIRLINES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE YOUNG

The above case was scheduled for mediation on June 15, 2005. The parties have informed the court that while they are amenable to mediation, they are unable to proceed at this time. I would expect the parties to request referral to mediation after they have had an opportunity to engage in further discovery. In the meantime, this case should be restored to your trial list.

                                         / s / Judith Gail Dein
                                         Judith Gail Dein, U.S. Magistrate Judge
DATED: June 6, 2005                        ADR Provider