# SRBC

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**
Attorneys at Law

101 Merrimac Street
Boston, MA 02114-4737
617-227-3030
617-523-4001 Fax
www.srbc.com

SULEYKEN D. WALKER
walker@srbc.com

September 7, 2005

Thomas Quinn, Courtroom Clerk
Office of the Honorable Judith Gail Dein
United States Magistrate Judge
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:   *Hamdy Abou-Hussein v. American Airlines, et al.*
           Civil Action No. 04-12723-WGY

Dear Mr. Quinn:

    This letter is to confirm that all parties in the above action have agreed to a mediation date of Thursday, September 29, 2005, beginning at 10:00 a.m., and that Judge Dein is available on that date and at that time to serve as mediator. Thank you for your assistance.

Very truly yours,

Suleyken D. Walker

SDW/smm

cc:   Joseph P. Kittredge, Esquire
       Timothy M. Burke Law Offices
       160 Gould Street
       Needham, MA 02494

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**

Thomas Quinn, Courtroom Clerk
September 7, 2005
Page 2


cc:     Michael A. Fitzhugh, Esquire
        Fitzhugh, Parker & Alvaro LLP
        155 Federal Street, Suite 1700
        Boston, MA 02110-1727