UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HAMDY ABOU-HUSSEIN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-12723-WGY |
| | ) | |
| AMERICAN AIRLINES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE YOUNG

[  ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On _____September 29, 2005_____, I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | MEDIATION | _____ | SUMMARY BENCH/JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel, and were present in person or by authorized corporate officer, except Trooper Duval Agcaoili who was represented by counsel but was not present in person.

The case was:

[ X ]   Settled. Your clerk should enter a 30-day order of dismissal.

[  ]   There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[  ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[  ]   Suggested strategy to facilitate settlement:

_____
_____

          / s / Judith Gail Dein
          Judith Gail Dein, U.S. Magistrate Judge
DATED: September 30, 2005     ADR Provider