# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action No: <u>04-12723-WGY</u>

HAMDY ABOU-HUSSEIN
Plaintiff

v.

AMERICAN AIRLINES, ET AL
Defendant

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, C.J.

      The Court having been advised on September 29, 2005, that the above-entitled action has been settled:

      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Marie Bell
Deputy Clerk

October 3, 2005

To: All Counsel