SULEYKEN D. WALKER  
walker@srbc.com

October 31, 2005

VIA ELECTRONIC MAIL AND FIRST-CLASS MAIL

Ms. Elizabeth F. Smith, Courtroom Clerk  
Office of the Honorable William G. Young  
United States District Court  
for the District of Massachusetts  
John Joseph Moakley U.S. Courthouse  
1 Courthouse Way  
Boston, MA 02210

      Re:    *Hamdy Abou-Hussein v. American Airlines, et al.*  
              Civil Action No. 12723-WGY

Dear Ms. Smith:

      This letter is to confirm that the parties to the above action have an additional thirty-days to request that the court re-open the case. As I explained during our phone conversation of Friday, October 28, 2005, the settlement referenced in Judge Young's Settlement Order of Dismissal, has not been consummated yet. The parties are, however, engaged in the process of negotiating the final details and expect to complete the settlement process soon.

      Thank you for your assistance.

                                          Very truly yours,

                                          */s/ Suleyken D. Walker*

                                          Suleyken D. Walker

Ms. Elizabeth F. Smith, Courtroom Clerk
October 31, 2005
Page 2


SDW/gv

cc:     VIA E-MAIL AND FIRST-CLASS MAIL
        mfitzhugh@fitzhughlaw.com

        Michael A. Fitzhugh, Esquire
        Fitzhugh, Parker & Alvaro LLP
        155 Federal Street, Suite 1700
        Boston, MA 02110-1727

        VIA FIRST-CLASS MAIL

        Joseph P. Kittredge, Esquire
        Timothy M. Burke Law Offices
        160 Gould Street
        Needham, MA 02494

        John Reinstein, Esquire
        Legal Director
        American Civil Liberties Union
            of Massachusetts
        211 Congress Street, 3rd Floor
        Boston, MA 02110