SULEYKEN D. WALKER<br>
walker@srbc.com

December 2, 2005

VIA ELECTRONIC AND FIRST-CLASS MAIL

The Honorable William G. Young
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

**Attention:  Marie Bell, Docket Clerk**

    Re:    *Hamdy Abou-Hussein v. American Airlines, et al.*
U.S.D.C. Civil Action No. 04-12723-WGY

Dear Judge Young:

    On behalf of all parties in the above action, I am writing to request that the court allow an additional thirty-days for the parties to request that the court re-open the case.  While the parties continue to negotiate in good-faith, several scheduling conflicts have prevented us from finalizing the terms of the settlement agreements.  The parties are confident that the remaining issues are small and provide no obstacle to the eventual consummation of the settlement.

    Thank you for your consideration.

                                              Very truly yours,

                                              Suleyken D. Walker

SDW/emh

370798