

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**
Attorneys at Law

101 Merrimac Street
Boston, MA 02114-4737
617-227-3030
617-523-4001 Fax
www.srbc.com

JEAN A. MUSIKER
musiker@srbc.com

January 3, 2006

VIA ELECTRONIC AND FIRST-CLASS MAIL

The Honorable William G. Young
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Attention: Marie Bell, Docket Clerk**

    Re:   *Hamdy Abou-Hussein v. American Airlines, et al.*
           U.S.D.C. Civil Action No. 04-12723-WGY

Dear Judge Young:

    On behalf of all parties in the above action, I am writing to request that the court allow an additional thirty-days for the parties to request that the court re-open the case. While the parties have completed their negotiations, the exchange of documents and settlement checks is still in process. The parties appreciate the Court's continued patience as they complete this final phase of consummating the settlement.

    Thank you for your consideration.

                                             Very truly yours,

                                             Jean A. Musiker

JAM/gv

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**

The Honorable William G. Young
January 3, 2006
Page 2


cc:   Michael A. Fitzhugh, Esquire
      Fitzhugh, Parker & Alvaro LLP
      155 Federal Street, Suite 1700
      Boston, MA 02110-1727

      Joseph P. Kittredge, Esquire
      Timothy M. Burke Law Offices
      160 Gould Street
      Needham, MA 02494

      John Reinstein, Esquire
      Legal Director
      American Civil Liberties Union of Massachusetts
      211 Congress Street, 3rd Floor
      Boston, MA 02110