JEAN A. MUSIKER
musiker@srbc.com

February 2, 2006

VIA ELECTRONIC MAIL

The Honorable William G. Young
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

**Attention:  Bonnie Smith, Courtroom Clerk**

Re:   *Hamdy Abou-Hussein v. American Airlines, et al.*
U.S.D.C. Civil Action No. 04-12723-WGY

Dear Judge Young:

On behalf of all parties in the above action, I am writing to request that the court allow an additional thirty-days for the parties to request that the court re-open the case.

With one exception, all necessary documents have been exchanged over the past thirty-days and the parties are prepared to file a Stipulation of Dismissal.  The remaining document is a settlement check which must be issued by a state agency.  The parties do not anticipate any problem with respect to the issuance of the check and feel that beyond this next extension, no additional time will be needed.

The parties appreciate the Court's continued patience as they complete this final phase of consummating the settlement.

Very truly yours,

*/s/ Jean A. Musiker*

Jean A. Musiker

JAM/gv

The Honorable William G. Young
February 2, 2006
Page 2


cc:     Michael A. Fitzhugh, Esquire
        Fitzhugh, Parker & Alvaro LLP
        155 Federal Street, Suite 1700
        Boston, MA 02110-1727

        Joseph P. Kittredge, Esquire
        Timothy M. Burke Law Offices
        160 Gould Street
        Needham, MA 02494

        John Reinstein, Esquire
        Legal Director
        American Civil Liberties Union of Massachusetts
        211 Congress Street, 3rd Floor
        Boston, MA 02110

The Honorable William G. Young
February 2, 2006
Page 3

bcc:    Mr. Alex Abou-Hussein
        208 Blossom Street
        Goose Creek, SC 29445

        Docketing Department

373215