

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**
Attorneys at Law

101 Merrimac Street
Boston, MA 02114-4737
617-227-3030
617-523-4001 Fax
www.srbc.com

SULEYKEN D. WALKER
walker@srbc.com

March 3, 2006

VIA ELECTRONIC MAIL

The Honorable William G. Young
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:   *Hamdy Abou-Hussein v. American Airlines, et al.*
         U.S.D.C. Civil Action No. 04-12723-WGY

Dear Judge Young:

    On behalf of all parties in the above action, I am writing to request that the court allow an additional thirty-days for the parties to request that the court re-open the case.

    All the parties have worked diligently and in good faith to consummate the settlement. However, we are in the unfortunate position of needing to wait for the arrival of a settlement check issued by the state comptroller's office before we can file our stipulation of dismissal. I have been told that this check was issued on Thursday, March 2, 2006, but as you know, we have already reached the thirty-day deadline.

    The parties continue to appreciate the Court's patience as they complete this final phase of consummating the settlement.

                                     Very truly yours,

                                     Suleyken D. Walker

SDW/gv

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**

The Honorable William G. Young
March 3, 2006
Page 2

cc:   Michael A. Fitzhugh, Esquire
      Fitzhugh, Parker & Alvaro LLP
      155 Federal Street, Suite 1700
      Boston, MA 02110-1727

      Joseph P. Kittredge, Esquire
      Timothy M. Burke Law Offices
      160 Gould Street
      Needham, MA 02494

      John Reinstein, Esquire
      Legal Director
      American Civil Liberties Union of Massachusetts
      211 Congress Street, 3rd Floor
      Boston, MA 02110