UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HAMDY ABOU-HUSSEIN,
Plaintiff,

v.

AMERICAN AIRLINES,
AMERICAN EAGLE AIRLINES,
EDDY HOSTE, And
DUVAL AGCAOILI,
Defendants.

DOCKET NO. 04-12723-WGY

### STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the plaintiff, Hamdy Abou-Hussein, and the defendants, American Airlines, Inc, American Eagle Airlines, Inc., Eddy Hoste and Duval Agcaoili hereby stipulate to the dismissal of this action with prejudice, each party waiving all rights to appeal, and with each party bearing its own costs and attorney's fees.

American Airlines, Inc.
American Eagle Airlines, Inc.,
And Eddy Hoste
By Their Attorney,

Michael A. Fitzhugh (BBO# 169700)
FITZHUGH, PARKER & ALVARO, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330

Hamdy Abou-Hussein
By His Attorneys,

Jean A. Musiker (BBO# 36540)
Suleyken Walker (BBO# 654933)
SUGARMAN, ROGERS, BARSHAK
& COHEN, PC
101 Merrimack Street
Boston, MA 02144-4737
(617) 227-3030

Duval Agcaoili,
By His Attorney,

Joseph P. Kittredge (BBO# 548841)
LAW OFFICES OF TIMOTHY BURKE
160 Gould Street, Suite 111
Needham, MA 02494-2300

John Reinstein (BBO # 416120)
American Civil Liberties Union
211 Congress Street, 3rd Floor
Boston, MA 02110